BARCLAYS BANK, LIMITED, v. THE BANK OF UNITED STATES.— Motion for leave

to appeal to the Court of Appeals granted. Motion for reargument denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ. [See *ante*, p. 150.]